FILED'09 JAN 20 11:19USDC·ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| LOURDES N. YZAGUIRRE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6307-AC |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Michael A. Keeney
Marion-Polk Legal Aid Service
1655 State Street
Salem, Oregon  97301-4258

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

David Morado
Regional Chief Counsel
David M. Blume
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

     Attorneys for Defendant

KING, Judge:

The Honorable John V. Acota, United States Magistrate Judge, filed Findings and Recommendation on December 18, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections and defendant has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

///

Page 2 - ORDER

Accordingly, I ADOPT Judge Acosta's Findings and Recommendation (#17).  IT IS

HEREBY ORDERED that the decision of the Commissioner is REVERSED and REMANDED

for further proceedings.

Dated this _____ day of January, 2009.

_____
Garr M. King
United States District Judge